

# Fourth Court of Appeals
## San Antonio, Texas

December 2, 2016

No. 04-14-00620-CV

Rosa Obregon **PEREZ**, Ricardo O. Perez, individually and as next friend of Rosa Elia Perez, Maria Perez Jalomus, Juan Jose Perez, Julio Perez, Jr., and Fernando Perez, Appellants

v.

**THE GOODYEAR TIRE & RUBBER COMPANY**, Appellee

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 26130
Honorable Robert Cadena, Judge Presiding

**ORDER ON APPELLEE'S MOTION FOR REHEARING EN BANC**

Sitting:    Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice[1]
Marialyn Barnard, Justice[1]
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Jason Pulliam, Justice[1]

Upon further review, a majority of the court has determined to withdraw the order dated July 11, 2016. The motion for rehearing en banc filed by appellee on April 28, 2016 is DENIED.

It is so **ORDERED** on December 2, 2016.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] Dissents to the denial of en banc reconsideration.